```
 1  BENJAMIN B. WAGNER
    U.S. Attorney
 2  MICHELLE RODRIGUEZ
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```



**FILED**

SEP 17 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 12-0106-GGH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS COMPLAINT |
| JOSEPH HAYS HOLYFIELD, | ) | AND (~~proposed~~) ORDER |
| Defendant. | ) | |

## MOTION

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 12-0106-GGH, against defendant HOLYFIELD.

DATED: 9/14/12                      BENJAMIN WAGNER
                                    U.S. Attorney

                                By  /s/Michelle Rodriguez
                                    MICHELLE RODRIGUEZ
                                    Assistant U.S. Attorney

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The United States' motion to dismiss without prejudice the |
| 3 | underlying UFAP complaint in the above referenced case, MAG No 12- |
| 4 | 0106-GGH against defendant HOLYFIELD is GRANTED. |
| 6 | DATED: Sept. 14, 2012 |

HON. KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE

///